United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

JUN 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.:_____ |
| | § | |
| | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

B-02-1244

## *NOTICE OF REMOVAL*

NOW COME **F.A. RICHARD & ASSOCIATES, INC.,** and **JANE ROSAMOND,**
Defendants and states the following:

1.      Defendants file this Notice of Removal of the above-styled action currently pending
in the 107th Judicial District Court in Cameron County, Texas, Cause No. 2002-02-564-A, pursuant
to 28 U.S.C. §§§ 1331, 1332, 1441, and 1446.  This Honorable Court has jurisdiction over the action
under the aforementioned statutes.

2.      This action involves a controversy between citizens of different states, in that at all
times pertinent hereto Plaintiff has been and is a citizen and resident of the state of Texas.  Defendant
F. A. RICHARD & ASSOCIATES, INC. has been and is incorporated in and organized under the
laws of the state of Indiana, and has its principal place of business in that state.  Defendants would
show that Defendant JANE ROSAMOND has been named in her individual capacity as a matter of
fraudulent joinder for the purpose of defeating jurisdiction, and that said Defendant accordingly
should be disregarded as a party for this purpose.  Diversity jurisdiction over the subject matter of
this suit is therefore proper pursuant to 28 U.S.C. §1332.

*Page - 1 -*

3.     The amount or matter in controversy in this suit exceeds the sum of Seventy-five Thousand ($75,000.00) Dollars exclusive of interest and costs.

4.     In addition, this action involves a controversy arising in whole or in part under the laws and statutes of the United States.  In particular, Plaintiff has expressly alleged against Defendants violations of 33 U.S.C. §907, the Longshoremen and Harbor Workers Compensation Act ("LHWCA").  Plaintiff alleges that Defendants have violated the LHWCA in their handling of claims arising under that action, and has further alleged that such conduct is tortious for that reason. Federal question jurisdiction over the subject matter of this suit is therefore proper pursuant to 28 U.S.C. § 1331.

5.     Attached hereto is the index and list of counsel required under the local rules of this Honorable Court.

6.     True and correct copies of all pleadings and process received by or served on Defendants, and all pleadings filed in the 107th Judicial District Court in Cameron County, Texas herein, are attached hereto.

7.     Promptly after the filing of this notice, written notice of such filing will be given by Defendants to all other parties to this action as required by law, and a copy of this notice is also being filed with the Clerk of the District Court, Cameron County, Texas, in which this cause was originally filed.

**WHEREFORE**, Defendants ask that this Court effect the removal of this action from the 107th Judicial District Court in Cameron County, Texas, to this Court, and for such other relief to which Defendants are entitled.

*Page - 2 -*

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037       Fax: 361/ 884-5239

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the _____ day of June,

2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

***Page - 3 -***

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE  DIVISION**

MADHAVAN PISHARODI, M.D., P.A.          §
                                         §

VS.                                       §        **CIVIL ACTION NO.:** *CAB-02-124*
                                         §

                                         §

F. A. RICHARD & ASSOCIATES, INC.          §
and JANE ROSAMOND          §

## *INDEX*

1.      Civil Cover Sheet.

2.      Counsel of Record.

3.      Defendants' Notice of Removal with copies of pertinent State Court pleadings as follows:

           1.      Civil Docket Sheet;

           2.      Plaintiff's Original Petition;

           3.      Citation;

           4.      Defendants' Original Answer;

           5.      Defendants' Jury Demand;

4.      Notice of Removal to Plaintiff.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037        Fax: 361/ 884-5239

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the ___7th___ day of June,

2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

*Page - 2 -*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MADHAVAN PISHARODI, M.D., P.A.    §
                                  §
VS.                               §    CIVIL ACTION NO.: _02-124_
                                  §
                                  §
                                  §
F. A. RICHARD & ASSOCIATES, INC.  §
and JANE ROSAMOND                 §

## *COUNSEL OF RECORD*

(1)    Mr. Michael R. Cowen
       State Bar No: 00795306
       **MICHAEL R. COWEN, P.C.**
       765 E. 7th Street, Suite A
       Brownsville, Texas 78520
       956/541-4981        Fax: 956/504-3674
       **ATTORNEY FOR PLAINTIFF**

(2)    Mr. Joseph L. Segrato
       Federal Id No: 19965
       State Bar No: 17993000
       Mr. Vaughan E. Waters
       Federal Id No: 9206
       State Bar No: 20916700
       **THORNTON, SUMMERS, BIECHLIN,**
           **DUNHAM & BROWN, L.C.**
       Bank of America - Suite 1000
       500 North Shoreline Blvd.
       Corpus Christi, Texas 78471
       361/ 884-2037        Fax: 361/ 884-5239
       **ATTORNEYS FOR DEFENDANT**

*Page - 1 -*

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037          Fax: 361/ 884-5239

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the _____ day of June,

2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

*Page - 2 -*

<u>CAUSE NO: 2002-02-564-A</u>

| | | |
|---|---|---|
| **MADHAVAN PISHARODI, M.D., P.A.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **107ᵗʰ JUDICIAL DISTRICT** |
| | § | |
| **F.A. RICHARD & ASSOCIATES, INC.,** | § | |
| **and JANE ROSAMOND** | § | **CAMERON COUNTY, TEXAS** |

## *NOTICE OF REMOVAL*

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that **F.A. RICHARD & ASSOCIATES, INC.,** and **JANE ROSAMOND,**

Defendants in this action, pursuant to federal law, filed with the clerk in the United States Court for

the Southern District of Texas, Brownsville Division, a Notice of Removal, a copy of which is

attached and filed with this document, and that this action is removed to the United States District

Court for trial as of today, the _7ʰ_ day of June, 2002. This Court is respectfully requested to

proceed no further in this action, unless and until such time as the action may be remanded by Order

of the United States District Court.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
**    DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037      Fax: 361/ 884-5239

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the _7u_ day of June, 2002, to all counsel of record as follows:

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: _02-124_ |
| | § | |
| | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## *NOTICE OF REMOVAL TO PLAINTIFF*

TO:  **MADHAVAN PISHARODI, M.D., P.A.**, Plaintiff, by and through his attorney of record, Michael R. Cowen, **MICHAEL R. COWEN, P.C.**, 765 E. 7th Street, Suite A, Brownsville, Texas 78520.

Please take notice that the civil action, in which MADHAVAN PISHARODI, M.D., P.A. is named as a Plaintiff, brought in Cause No. 2002-02-564-A, in the 107th Judicial District Court in Cameron County, Texas, styled: " Madhavan Pisharodi, M.D., P.A. vs. F.A. Richard & Associates, Inc., and Jane Rosamond", has been removed from that Court to the United States District Court for the Southern District of Texas, Brownsville Division, effective the _14_ day of June, 2001.  On this day, a Notice of Removal, a copy of which is attached and hereby marked as Exhibit "A" and incorporated herein by reference, was filed with the Clerk of the United States District Court, and a copy of the Notice of Removal has been filed with the Clerk of the State Court, effecting removal pursuant to 28 U.S.C. §1446.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
  **DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037        Fax: 361/ 884-5239

_____

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the ___/____ day of June,

2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters

## CAUSE NO: 2002-02-564-A

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 107th JUDICIAL DISTRICT |
| | § | |
| F.A. RICHARD & ASSOCIATES, INC., | § | |
| and JANE ROSAMOND | § | CAMERON COUNTY, TEXAS |

## *NOTICE OF REMOVAL*

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that **F.A. RICHARD & ASSOCIATES, INC.,** and **JANE ROSAMOND,**

Defendants in this action, pursuant to federal law, filed with the clerk in the United States Court for

the Southern District of Texas, Brownsville Division, a Notice of Removal, a copy of which is

attached and filed with this document, and that this action is removed to the United States District

Court for trial as of today, the _7th_ day of June, 2002.   This Court is respectfully requested to

proceed no further in this action, unless and until such time as the action may be remanded by Order

of the United States District Court.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037      Fax: 361/ 884-5239

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the _7¼_ day of June, 2002, to all counsel of record as follows:

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters

*Page - 2 -*

RUN DATE 06/06/02
RUN TIME 10:29 PM

* * *   C L E R K ' S   E N T R I E S   * * *

PAGE: 01

2002-02-000564-A

MADHAVAN PISHARODI, M.D., P.A.

VS

F.A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND

00549801
MICHAEL R. COWEN
765 E. 7TH STREET, SUITE A
BROWNSVILLE, TX.   78520 0000

00031509
VAUGHAN WATERS
500 NORTH SHORELINE BLVD
CORPUS CHRISTI, TX   78472 1010

(10)
DAMAGES          02    08    02

02/08/02  ORIGINAL PETITION FILED
02/08/02  CITATION: F.A. RICHARD & ASSOCIATES, INC.
02/08/02  SERVED:
02/08/02  CITATION: JANE ROSAMOND
02/08/02  SERVED: 05/24/02   FILED: 05/28/02
06/05/02  ORIGINAL ANSWER: F.A. RICHARD & ASSOCIATES, INC.

JUN. 3.2002  4:43PM  RA      CLAIMS DEPT                    NO.988   P.12/22
R.[RICHARD & ASSOC.]         15  5083145zo        HFR 1   J2  15:04 No.0002 P.03

FILED
AURORA DE LA GARZA DIST. CLER[K]
FEB 0 8 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

CAUSE NO. 2002-02-564A

| | |
|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § IN THE DISTRICT COURT |
| | § |
| VS. | § |
| | § OF CAMERON COUNTY, TEXAS |
| F.A. RICHARD & ASSOCIATES, INC. | § |
| and JANE ROSAMOND | § 107th JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MADHAVAN PISHARODI, M.D., P.A., Plaintiff, and files this its Plaintiff's Original Petition, complaining of Defendants F.A. Richard & Associates, M.D., P.A. and its employee, Jane Rosamond. For cause of action, Plaintiff would show the Honorable Court as follows:

### I.

### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery pursuant to a level three discovery control plan.

### II.

### PARTIES

Plaintiff is a Texas physician's association.

Defendant F.A. Richard & Associates, Inc. is a corporation doing business in Cameron County, Texas. It may be served through its registered agent, CT Corporation System, 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201.

Defendant Jane Rosamond is an individual residing in Cameron County, Texas. She may be served at her address, P.O. Box 3545, South Padre Island, Texas 78597-3545, or at Amfels Shipyard in Brownsville, Texas.

## III.

## VENUE

Venue is proper in Cameron County, Texas because Defendant Rossmond resides in the county, and because all or a substantial part of the acts or omissions giving rise to Plaintiff's cause of action occurred in the county.

## IV.

## FACTS

Defendant F.A. Richard administers claims under the Longshoreman and Harbor Workers Compensation Act ("LHWCA"). Defendant Rossmond is an employee of Defendant F.A. Richard. At all times material to this lawsuit, Defendant Rossmond was acting within the course and scope of her employment and as an agent of Defendant F.A. Richard.

The LHWCA provides that an injured worker has a right to choose his own treating physician. The Act provides, "The employee shall have the right to choose an attending physician . . . to provide medical care." 33 U.S.C. § 907(b). Claims administrators do not have the legal right to coerce injured workers into seeing "company" doctors.

However, on several occasions, Defendant Rossmond coerced workers not to receive medical treatment from Plaintiff. She informed them that if they were treated by Dr. Pisharodi she would contest everything, but if they saw the physician of her choice she would approve their medical care. Workers have given in to her illegal coercive tactics, and Plaintiff has lost business.

## V.

## CAUSE OF ACTION

Defendants have tortiously interfered with Plaintiff's contractual relations and with Plaintiff's prospective business relations. Defendants' conduct is tortious because it violates Federal Law, as

well as the Texas Insurance Code. As a direct and proximate result of Defendants' misfeasance, Plaintiff has suffered damages in an amount in excess of this Court's jurisdictional minimum.

Further, Defendants have acted with malice, as that term is defined by Chapter 41 of the Texas Civil Practice and Remedies Code. Therefore, Plaintiff also seeks to recover exemplary damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that citations be issued and Defendants be served, and that upon trial on the merits Plaintiff have judgment against Defendants, jointly and severally, for actual damages, exemplary damages, prejudgment interest, postjudgment interest and court costs.

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
Texas Bar No. 00795306

RICHARD & ASSOC.       ID:956831~~0        MAY 24'02   11:38 No~2 P.02

Citation for Personal Service  - GENERAL          Lit. Seq. # 5.003.01

No. 2002-02-000564-A

T H E   S T A T E   O F   T E X A S



NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: JANE ROSAMOND
    P.O. BOX 3545
    SOUTH PADRE ISLAND, TX 78597-
    3545

the ___ DEFENDANT ___, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said ___ PETITION ___ was filed on FEBRUARY 08, 2002 .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-02-000564-A.

The style of the case is:

MADHAVAN PISHARODI, M.D., P.A.
VS.
F.A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND

Said petition was filed in said court by ___ MICHAEL R. COWEN ___
(Attorney for ___ PLAINTIFF ___), whose address is
765 E. 7TH STREET, SUITE A BROWNSVILLE, TX. 78520

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

- Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _8th_ day of FEBRUARY , A.D. 2002.

AURORA DE LA GARZA ___, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _[signature]_ , Deputy

JUN. 3.2002  4:33PM   CLAIMS DEPT                                 NO.564  P.21/22

RICHARD & ASSOC.          ID 9568314920              MAY 2 '02   11:39 No.002 P.03

# R E T U R N   O F   O F F I C E R

Came to hand the _____ day of _____, _____, at _____ o'clock ___.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____

DELIVERED THIS 2 DAY OF May '02
BY _____
PROFESSIONAL CIVIL PROCESS

Cause of failure to execute this citation is: _____

_____

FEES serving 1 copy

Total........ $_____

Fees paid by:_____

Sheriff/constable _____ County, TEXAS

By _____ Deputy

6  /3/  #      888 624 8488      !888 624 8488                    ∀∀ᴚ∀⅃:ꟽԀ∀ᚠ0:2 :20⁻⅑2⁻Ϛ

CAUSE NO: 2002-02-564-A

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 107th JUDICIAL DISTRICT |
| | § | |
| F.A. RICHARD & ASSOCIATES; INC., | § | |
| and JANE ROSAMOND | § | CAMERON COUNTY, TEXAS |

## *DEFENDANTS' ORIGINAL ANSWER*

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **F.A. RICHARD & ASSOCIATES, INC.,** and **JANE ROSAMOND,** Defendants in the above styled and numbered cause and files this their Original Answer, saying:

I.

Subject to such stipulations and admissions as may hereinafter be made, Defendants assert a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendants respectfully request that Plaintiff be required to prove the charges and allegations made against Defendants by a preponderance of the evidence as is required by the Constitution and Laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that upon a final hearing hereof, Plaintiff recovers nothing of and from Defendants and that the Court enter a judgment that Defendants go hence without day with all costs of Court and expenses incurred herein, for all such further relief, general, special, legal, and equitable which might be appropriate.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037    Fax: 361/ 884-5239

**Joseph L. Segrato**
State Bar No: 17993000
**Vaughan E. Waters**
State Bar No. 20916700
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Texas Rules of Civil Procedure on this the _5u_ day of June, 2002,

to all counsel of record as follows:

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

*Page - 2 -*

CAUSE NO: 2002-02-564-A

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 107th JUDICIAL DISTRICT |
| | § | |
| F.A. RICHARD & ASSOCIATES, INC., | § | |
| and JANE ROSAMOND | § | CAMERON COUNTY, TEXAS |

## *DEFENDANTS' JURY DEMAND*

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME F.A. RICHARD & ASSOCIATES, INC., and JANE ROSAMOND, Defendants, in the above styled and numbered cause and files this their JURY DEMAND and request that this case be set for trial before a jury.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037    Fax: 361/ 884-5239

Joseph L. Segrato
State Bar No: 17993000
Vaughan E. Waters
State Bar No. 20916700
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the _5th_ day of June, 2002, to all counsel of record as follows:

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MADHAVAN PISHARODI, M.D., P.A.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.:** _02-124_ |
| | § | |
| | § | |
| **F. A. RICHARD & ASSOCIATES, INC.** | § | |
| **and JANE ROSAMOND** | § | |

## *NOTICE OF REMOVAL TO PLAINTIFF*

TO:   **MADHAVAN PISHARODI, M.D., P.A.**, Plaintiff, by and through his attorney of record, Michael R. Cowen, **MICHAEL R. COWEN, P.C.**, 765 E. 7th Street, Suite A, Brownsville, Texas 78520.

Please take notice that the civil action, in which MADHAVAN PISHARODI, M.D., P.A. is named as a Plaintiff, brought in Cause No. 2002-02-564-A, in the 107th Judicial District Court in Cameron County, Texas, styled: " Madhavan Pisharodi, M.D., P.A. vs. F.A. Richard & Associates, Inc., and Jane Rosamond", has been removed from that Court to the United States District Court for the Southern District of Texas, Brownsville Division, effective the _14_ day of June, 2001. On this day, a Notice of Removal, a copy of which is attached and hereby marked as Exhibit "A" and incorporated herein by reference, was filed with the Clerk of the United States District Court, and a copy of the Notice of Removal has been filed with the Clerk of the State Court, effecting removal pursuant to 28 U.S.C. §1446.

*Page - 1 -*

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
   **DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037        Fax: 361/ 884-5239

_____
**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the _____ day of June,

2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters

*Page - 2 -*

CAUSE NO: 2002-02-564-A

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 107th JUDICIAL DISTRICT |
| | § | |
| F.A. RICHARD & ASSOCIATES, INC., | § | |
| and JANE ROSAMOND | § | CAMERON COUNTY, TEXAS |

## *NOTICE OF REMOVAL*

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that **F.A. RICHARD & ASSOCIATES, INC.,** and **JANE ROSAMOND,**

Defendants in this action, pursuant to federal law, filed with the clerk in the United States Court for

the Southern District of Texas, Brownsville Division, a Notice of Removal, a copy of which is

attached and filed with this document, and that this action is removed to the United States District

Court for trial as of today, the _7th_ day of June, 2002.  This Court is respectfully requested to

proceed no further in this action, unless and until such time as the action may be remanded by Order

of the United States District Court.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037        Fax: 361/ 884-5239

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*



*Page - 1 -*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on this the __7th__ day of June, 2002, to all counsel of record as follows:

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | |
| | § | **B-02-124** |
| VS. | § | CIVIL ACTION NO.:_____ |
| | § | |
| | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## *NOTICE OF REMOVAL TO PLAINTIFF*

TO:    **MADHAVAN PISHARODI, M.D., P.A.**, Plaintiff, by and through his attorney of record, Michael R. Cowen, **MICHAEL R. COWEN, P.C.**, 765 E. 7th Street, Suite A, Brownsville, Texas 78520.

Please take notice that the civil action, in which MADHAVAN PISHARODI, M.D., P.A. is named as a Plaintiff, brought in Cause No. 2002-02-564-A, in the 107th Judicial District Court in Cameron County, Texas, styled: "Madhavan Pisharodi, M.D., P.A. vs. F.A. Richard & Associates, Inc., and Jane Rosamond", has been removed from that Court to the United States District Court for the Southern District of Texas, Brownsville Division, effective the 14 day of June, 2001. On this day, a Notice of Removal, a copy of which is attached and hereby marked as Exhibit "A" and incorporated herein by reference, was filed with the Clerk of the United States District Court, and a copy of the Notice of Removal has been filed with the Clerk of the State Court, effecting removal pursuant to 28 U.S.C. §1446.

*Page - 1 -*

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
   **DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037     Fax: 361/ 884-5239

_____

**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the _7th_ day of June,

2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520


_____
Vaughan E. Waters