

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



JUN 1 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MADHAVAN PISHARODI, M.D., P.A. § | |
| § | |
| VS. § | CIVIL ACTION NO.: B-02-124 |
| § | |
| § | |
| F. A. RICHARD & ASSOCIATES, INC. § | |
| and JANE ROSAMOND § | |

## *CERTIFICATE OF NOTICE OF FILING*

The undersigned, attorney of record for **F.A. RICHARD & ASSOCIATES, INC.**, and **JANE ROSAMOND**, certifies that on the 7th day of June, 2002, a copy of the Notice of Removal of this action was filed with the Clerk of the 107th Judicial District Court in and for Cameron County, Texas and that written notice of filing of the Notice of Removal was mailed to the party named above as Plaintiff in this action to his attorney of record. Attached to the notices were copies of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037     Fax: 361/ 884-5239

_____
**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal Id No: 9206
State Bar No. 20916700
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the ____ day of June, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters