United States District Court
Southern District of Texas
FILED

JUN 2 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.:B-02-124 |
| | § | |
| | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## *DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES*

NOW COME **F.A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND**, Defendants in the above-styled and numbered cause, and pursuant to the Court's Order Setting Conference, respectfully shows the Court as follows:

I.

Defendants, F.A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND, submit that the following persons and/or entities are financially interested in the outcome of this litigation:

A..    Madhavan Pisharodi, M.D., P.A.;

B.    F.A. Richard & Associates, Inc.;

C.    Jane Rosamond; and

D.    CNA Global Speciality Lines - insurance carrier for Defendants

*Page 1*

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
  DUNHAM & BROWN, L.C.
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
361/ 884-2037        Fax: 361/ 884-5239

_____
**Joseph L. Segrato**
Federal Id No: 19965
State Bar No: 17993000
**Vaughan E. Waters**
Federal ID. No: 9206
State Bar No. 20916700
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the _20th_ day of June, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters