### III.

Defendants' counsel has conferred with Plaintiff's counsel and his is not opposed to the continuance of the hearing and they request this hearing on Initial Pretrial Conference be removed from its current setting of Monday, October 28, 2002, and be continued until such time that another hearing can be set by the Court.

### IV.

The continuance is not sought for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendants **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND** and Plaintiff **MADHAVAN PISHARODI, M.D., P.A.**, respectfully pray that this Court in all things GRANT this Agreed Motion for Continuance, and for such other relief to which such parties may be justly entitled.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 N. Shoreline Blvd.
Corpus Christi, Texas 78471
Tel: 361/884-2037
Fax: 361/884-5239

_Vaughan Waters, permission by MJR_

Vaughan E. Waters
Federal ID No. 9206
State Bar No. 20916700
**Attorney for Defendants,**
F. A. RICHARD & ASSOCIATES AND JANE ROSAMOND

\*\*and\*\*

-2-

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Tel: 956/541-4981
Fax: 956/504-3674

_____
Michael R. Cowen
Federal ID No. 19967
State Bar No. 00795306

### CERTIFICATE OF CONFERENCE

On Friday, October 25, 2002, counsel for Defendants **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND** spoke with Michael Cowen, counsel for Plaintiff **MADHAVAN PISHARODI, M.D., P.A.**, wherein Mr. Cowen did not oppose the filing of such Agreed Motion for Continuance.

_____
Vaughan E. Waters

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the 25th day of October, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-02-124 |
| | § | |
| | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

# ORDER GRANTING MOTION FOR CONTINUANCE OF
# INITIAL PRE-TRIAL CONFERENCE

**BE IT REMEMBERED** that on the date of the signing of this Order that a Motion for Continuance was presented to the Court; and the Court is of the opinion that same shall be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** by the Court that said hearing on the Initial Pretrial Conference shall be removed from its original setting of Monday, October 28, 2002, and continued until a further setting is obtained from the Court.

**SIGNED** this the _____ day of October, 2002.

_____
PRESIDING U. S. DISTRICT JUDGE

**Please forward copies to:**

Mr. Michael R. Cowen, 765 East 7th Street, Suite A, Brownsville, Texas 78520

Mr. Vaughan E. Waters, Thornton, Summers, Biechlin, Dunham & Brown, 500 N. Shoreline Blvd., Ste. 1000, Corpus Christi, Texas 78471-1010

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 25 2002

Michael N. Milby
Clerk of Court

MADHAVAN PISHARODI, M.D., P.A.

VS.                                          CIVIL ACTION NO. B-02-124

F. A. RICHARD & associates, inc.
AND JANE ROSAMOND

## AGREED MOTION FOR CONTINUANCE OF INITIAL PRE TRIAL CONFERENCE

### TO THE HONORABLE JUDGE OF SAID:

Now come F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND Defendants and MADHAVAN PISHARODI, M.D., P.A. Plaintiff, and present to the Court this Agreed Motion for Continuance. In support hereof the Defendants would show as follows:

**I.**

Defendants F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND and Plaintiff MADHAVAN PISHARODI, M.D., P.A. seek a continuance of the hearing on the Initial Pretrial Conference that is set for Monday, October 28, 2002, at 1:45 p.m.

**II.**

A continuance of this hearing is sought because Defendants' counsel, Vaughan E. Waters, has now become unavailable to attend such hearing for the reason that his wife and eight-year old son were involved in an automobile accident on Thursday, October 24, 2002, when tornadoes and severe flooding struck Corpus Christi, Nueces County, Texas. Mr. Waters' wife and son were injured as a result of such accident; therefore, counsel's attention to his family is required at this time.