United States District Court
Southern District of Texas
ENTERED

OCT 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-02-124 |
| | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE OF
## INITIAL PRE-TRIAL CONFERENCE

BE IT REMEMBERED that on the date of the signing of this Order that a Motion for Continuance was presented to the Court; and the Court is of the opinion that same shall be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that said hearing on the Initial Pretrial Conference shall be removed from its original setting of Monday, October 28, 2002, and continued until a further setting is obtained from the Court.

SIGNED this the 25th day of October, 2002.

Hilda Tagle
PRESIDING U. S. DISTRICT JUDGE

Please forward copies to:

Mr. Michael R. Cowen, 765 East 7th Street, Suite A, Brownsville, Texas 78520

Mr. Vaughan E. Waters, Thornton, Summers, Biechlin, Dunham & Brown, 500 N. Shoreline Blvd., Ste. 1000, Corpus Christi, Texas 78471-1010