| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
~~Southern District~~ of Texas
ENTERED
OCT 29 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

MADHAVAN PISHARODI, M.D., P.A.    §
§
§
versus                             §   CIVIL ACTION NO. B: 02-124
§
§
F. A. RICHARD & ASSOCIATES, INC., §
and JANE ROSAMOND

## Order Resetting Conference*

The initial pre-trial conference set for *October 28, 2002,* has been reset to:

## November 12, 2002 at 2:00 p.m.

*An attorney in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.*

Signed on _October 29_, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge