IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., P.A. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-124 |
| | § | |
| F.A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## LIST OF INTERESTED PARTIES

Pursuant to Paragraph 2 of the Order of Conference, Plaintiff, **MADHAVAN PISHARODI, M.D., P.A.** states that to his knowledge, the following persons and entities are financially interested in this litigation:

1. Madhavan Pisharodi, M.D., P.A., Plaintiff;

2. Michael R. Cowen, P.C. (Plaintiff's counsel);

3. F. A. Richard & Associates, Inc., Defendant;

4. Jane Rosamond, Defendant;

5. CNA Global Speciality Lines - Insurance carrier for Defendant; and,

6. Vaughan E. Waters (Defendant's counsel).

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (Facsimile)

_____
Michael R. Cowen
Texas Bar No. 00795306
S.D. Tx ID No. 19967
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the 11th day of November, 2002, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

<u>Via Facsimile (361/884-5239) & Regular U.S. Mail</u>
Joseph L. Segrato
Vaughan E. Waters
THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.
Bank of America – Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471

_____
Michael R. Cowen