IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MADHAVAN PISHARODI, M.D., P.A., § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION B-02-124 |
| § § | |
| F.A. RICHARD & ASSOCIATES, INC. § AND JANE ROSAMOND, § § § | |
| Defendant. § | |

*United States District Court
Southern District of Texas
ENTERED*

**NOV 1 2 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF REMAND

BE IT REMEMBERED, that on November 12, 2002, the Court considered the Plaintiff's Motion to Remand [Dkt. No. 4]. After reviewing the motion and response, and hearing oral argument, the Court **GRANTS** Plaintiff's motion and **REMANDS** this case to the 107th Judicial District Court of Cameron County, Texas. A certified copy of this order shall be mailed to the Clerk of the state court.

DONE at Brownsville, Texas, this 12th day of November, 2002.

Hilda G. Tagle
United States District Judge